IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUL 17 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br><br>ORDER |

Plaintiff Columbia Falls Aluminum Company moves for the *pro hac vice* admission of three attorneys from the firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP. (*See* Docs. 3, 4, 5.) There are already two local counsel on the case from Browning, Kaleczyc, Berry & Hoven, P.C. It is the practice of this Court to limit the number of counsel in order to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1; *cf. In re United States*, 791 F.3d 945, 957 (9th Cir. 2015) ("[A] court's decision to deny pro hac vice admission must be based on criteria reasonably related to promoting the orderly administration of justice or some other legitimate policy of the courts.") (internal citation omitted). A surfeit of counsel impedes this mandate by, *inter alia*, confusing points of contact for the opposing party. *Cf. United States v. Ries*, 100 F.3d 1469, 1471 (9th Cir. 1996) ("[C]ounsel from other jurisdictions may be

1

significantly more difficult to reach . . . than local counsel."). Nothing in this limitation prevents counsel from using his or her firm resources and internal assignments to assure adequate representation for the client.

Accordingly, IT IS ORDERED that unless Plaintiff can show cause why additional counsel is necessary, Plaintiff is limited to the formal appearance of three attorneys of its choosing; that can include one local counsel and two *pro hac* counsel, two local counsel and one *pro hac* counsel, or all three local counsel. *See* L.R. 83.1(d)(2) (requiring local counsel). Counsel must identify on or before July 24, 2018, its three attorneys of choice. The defendants will be similarly limited.

DATED this 17 day of July, 2018.

Donald W. Molloy, District Judge
United States District Court