
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTIC RICHFIELD COMPANY, <br><br> Defendant. | CV 18–131–M–DWM <br><br> ORDER |

Plaintiff Columbia Falls Aluminum Company moves for the admission of Eliot Lauer to practice before this Court in this case with W. John Tietz to act as local counsel. Mr. Lauer's application appears to be in order.[1]

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Eliot Lauer *pro hac vice* (Doc. 3) is GRANTED on the condition that Mr. Lauer shall do his own work. This means that Mr. Lauer must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

---

[1] Note that the *pro hac vice* fee is now $255.00. *See* Standing Order DLC-27.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Lauer, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 26th day of July, 2018.

Donald W. Molloy, District Judge
United States District Court