IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br>ORDER |

Plaintiff Columbia Falls Aluminum Company having moved for the *pro hac vice* admission of Charles B. Howland,

IT IS ORDERED that Plaintiff's motion (Doc. 4) is DENIED per the Court's July 17, 2018 Order, (Doc. 7), and Plaintiff's July 24, 2018 Notice of Appearance, (Doc. 8).

DATED this 26th day of July, 2018.

Donald W. Molloy, District Judge
United States District Court