IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

AUG 0 8 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br>ORDER |

Plaintiff Columbia Falls Aluminum Company moves for the admission of Sylvi Sareva to practice before this Court in this case with W. John Tietz to act as local counsel. Ms. Sareva's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Sylvi Sareva *pro hac vice* (Doc. 14) is GRANTED on the condition that Ms. Sareva shall do her own work. This means that Ms. Sareva must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Sareva, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 8th day of August, 2018.

Donald W. Molloy, District Judge
United States District Court