
**FILED**

NOV 2 8 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br>ORDER |

Defendant Atlantic Richfield Company moves for the admission of Adam S. Cohen to practice before this Court in this case with Randy J. Cox to act as local counsel. Mr. Cohen's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Adam S. Cohen *pro hac vice* (Doc. 18) is GRANTED on the condition that Mr. Cohen shall do his own work. This means that Mr. Cohen must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cohen, within fifteen (15) days of the date of this Order:

(1) "certify in writing and under oath" to the Montana Supreme Court and the State Bar that "he . . . will be bound by the[] Rules of Professional conduct in his . . . practice of law in this State and will be subject to the disciplinary authority of this State," Mont. R. Prof. Cond. 8.5; D. Mont. L.R. 83.1(d)(3)(J), and

(2) file a notice in this Court acknowledging his admission under the terms set forth above.

DATED this 28th day of November, 2018.

Donald W. Molloy, District Judge
United States District Court