FILED

MAY 2 1 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTIC RICHFIELD COMPANY, <br><br> Defendant. | CV 18–131–M–DWM <br><br><br> ORDER |

Plaintiff Columbia Falls Aluminum Company, LLC moves for the admission of Nathaniel Ament-Stone to practice before this Court in this case with W. John Tietz to act as local counsel. Mr. Ament-Stone's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Nathaniel Ament-Stone *pro hac vice* (Doc. 64) is GRANTED on the condition that Mr. Ament-Stone shall do his own work. This means that Mr. Ament-Stone must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ament-Stone, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 21st day of May, 2020.

Donald W. Molloy, District Judge
United States District Court