IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br><br>ORDER |

Defendant Atlantic Richfield Company ("ARCO") having moved unopposed to add an additional attorney of record,

IT IS ORDERED that ARCO's motion (Doc. 68) is GRANTED on the condition that ARCO identify one lead attorney that the plaintiff can contact that has authority to make any and all decisions related to the administration of this case. ARCO may move for the admission of Gail Wurtzler as *pro hac vice* counsel within ten (10) days of this Order.

DATED this 2nd day of June, 2020.

Donald W. Molloy, District Judge
United States District Court