IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br>ORDER |

Defendant Atlantic Richfield Company moves for the admission of Gail L. Wurtzler to practice before this Court in this case with Randy J. Cox to act as local counsel. Ms. Wurtzler's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Gail L. Wurtzler *pro hac vice* (Doc. 70) is GRANTED on the condition that Ms. Wurtzler shall do her own work. This means that Ms. Wurtzler must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Wurtzler, within fifteen (15) days of the date of this Order:

(1) "certify in writing and under oath" to the Montana Supreme Court and the State Bar that "[s]he . . . will be bound by the[] Rules of Professional conduct in h[er] . . . practice of law in this State and will be subject to the disciplinary authority of this State," Mont. R. Prof. Cond. 8.5; D. Mont. L.R. 83.1(d)(3)(J), and

(2) file a notice in this Court acknowledging her admission under the terms set forth above.

DATED this 5th day of June, 2020.

Donald W. Molloy, District Judge
United States District Court