IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>    Defendant. | CV 18–131–M–DWM<br><br><br>ORDER |

Plaintiff Columbia Falls Aluminum Company, LLC ("CFAC") having moved to seal Exhibit D to its Brief in Opposition to Defendant's Motion to Stay,[1]

IT IS ORDERED that the motion (Doc. 77) is GRANTED. *See* L.R. 5.2. The Clerk of Court is directed to seal the exhibit.

DATED this 25th day of June, 2020.

_____
Donald W. Molloy, District Judge
United States District Court

---

[1] CFAC does not indicate whether the motion is opposed. *See* L.R. 7.1(c)(1).