Randy J. Cox
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
Facsimile:  (406) 549-6804
rcox@boonekarlberg.com

Jonathan W. Rauchway (Admitted *Pro Hac Vice*)
Adam S. Cohen (Admitted *Pro Hac Vice*)
Gail L. Wurtzler (Admitted *Pro Hac Vice*)
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  (303) 892-9400
Facsimile:   (303) 893-1379
Jon.Rauchway@dgslaw.com
Adam.Cohen@dgslaw.com
Gail.Wurtzler@dgslaw.com

*Attorneys for Defendant*
*Atlantic Richfield Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC<br><br>Plaintiff,<br><br>- against -<br><br>ATLANTIC RICHFIELD COMPANY<br><br>Defendant. | Case No. CV 18-131-M-DWM<br><br>**MOTION FOR STATUS CONFERENCE REGARDING PROCEDURES FOR TRIAL** |

Defendant Atlantic Richfield Company ("Atlantic Richfield") respectfully moves the Court under L.R. 16.1(c) for an Order setting a telephonic status conference in the next three weeks to discuss the schedule and logistical procedures for the bench trial of this case, which is set to begin on December 2, 2020.  Although counsel Atlantic Richfield will be available on any day the Court sets the conference, lead counsel for Atlantic Richfield is unavailable on October 29 and 30 due to a commitment in another matter.

In light of the ongoing COVID-19 pandemic and the rising number of COVID cases in parts of Montana, Atlantic Richfield seeks guidance from the Court on the following areas:

1. Whether the Court anticipates any changes to the trial schedule;

2. Whether the Court will permit certain witnesses to testify remotely and, if so, what procedures the parties should follow to present remote testimony;

3. Whether any other procedural changes or logistical accommodations related to the bench trial will be required or should be tentatively planned for.

The requested status conference will promote efficiency and fairness by allowing the parties to prepare witnesses and trial presentations in advance of trial with the correct procedures in mind, and it will not affect any deadlines.

Pursuant to Local Rule 7.1(c), counsel for Plaintiff Columbia Falls Aluminum Company, LLC were consulted and declined to join this request.

For the foregoing reasons, Atlantic Richfield respectfully requests that the Court set a telephonic status conference to discuss the above issues within the next three weeks.

DATED October 6, 2020.

                                                  <u>*/s/ Jonathan W. Rauchway*</u>
                                                  Jonathan W. Rauchway
                                                  DAVIS GRAHAM & STUBBS LLP
                                                  *Attorney for Defendant*
                                                  *Atlantic Richfield Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION FOR STATUS CONFERENCE REGARDING PROCEDURES FOR TRIAL** was served via ECF on the following parties:

W. John Tietz
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, Montana 59601

Eliot Lauer
Nathaniel Ament-Stone
Charles B. Howland
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

                                                                         */s Jonathan W. Rauchway*