IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| COLUMBIA FALLS ALUMINUM COMPANY, LLC, | CV 18–131–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ATLANTIC RICHFIELD COMPANY, | |
| Defendant. | |

An updated exhibit list having been filed, (*see* Doc. 132),

IT IS ORDERED that the following exhibits are admitted without objection:

| | | | | |
|---|---|---|---|---|
| 1 | 122A | 329 | 719–722 | 1037 |
| 2 | 122B | 331–385 | 724–733 | 1038 |
| 4–12 | 123 | 387–480 | 739 | 1040 |
| 14–23 | 124 | 482 | 814 | 1041 |
| 26 | 125A | 483 | 815 | 1063–1065 |
| 27 | 125B | 485–509 | 818–845 | 1068–1096 |
| 29–40 | 126 | 511–513 | 849–852 | 1098 |
| 42–48 | 128 | 516–543 | 854 | 1108 |
| 50–69 | 129 | 545–578 | 855 | 1109 |
| 71–80 | 131 | 580 | 857–859 | 1111–1135 |
| 84 | 132 | 582–587 | 861 | 1137 |
| 86 | 134–141 | 589 | 864 | 1139–1148 |
| 88–90 | 143 | 590 | 1001–1008 | 1173–1175 |
| 98 | 200–207 | 592 | 1010 | 1177–1213 |
| 99 | 209–238 | 594–700 | 1017 | 1215–1242 |
| 102 | 240–277 | 702–704 | 1019 | 1244–1257 |
| 106 | 279–313 | 706–712 | 1027–1030 | 1259–1271 |
| 112 | 315 | 716 | 1032 | |
| 118–121 | 317–327 | 717 | 1033 | |

DATED this 24th day of June, 2021.

                                            Donald W. Molloy, District Judge
                                            United States District Court