IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br>ORDER |

At the Court's direction, the parties have stipulated to the admission of certain demonstrative exhibits used at trial and provided those exhibits to the Clerk. Accordingly,

IT IS ORDERED that Exhibits 871 and 1278 are ADMITTED without objection as demonstrative exhibits in the case. The Clerk is directed to file them with the trial exhibits in the case.

DATED this 15th day of July, 2021.

_____ 13:55PM
Donald W. Molloy, District Judge
United States District Court