IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Defendant. | CV 18–131–M–DWM<br><br><br>ORDER |

Pursuant to the Plaintiff's September 24, 2021 memorandum (Doc. 149),

IT IS ORDERED that:

(1)   Prejudgment interest is awarded to Plaintiff in the agreed amount of $163,735.17.

(2)   Plaintiff's motion to appoint a magistrate is DENIED.

(3)   The Clerk is directed to enter judgment consistent with the August 25, 2021 Findings of Fact and Conclusions of Law (Doc. 148) and this Order.

DATED this 27th day of September, 2021.

Donald W. Molloy, District Judge
United States District Court