IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>         Defendant. | CV 18-131-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial and determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Findings of Fact and Conclusions of Law (Doc. 148) dated August 25, 2021, and Order (Doc. 150) dated September 27, 2021.

Prejudgment interest is awarded to Plaintiff in the agreed amount of $163,735.17.

Dated this 27th day of September, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk