IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTIC RICHFIELD COMPANY, <br><br> Defendant. | CV 18–131–M–DWM <br><br><br> ORDER |

Final judgment having been entered in this case and all trial exhibits having been electronically preserved,

IT IS ORDERED that the Clerk is directed to destroy the physical copies of the parties' exhibits if the parties do not notify the Clerk of their intent to reclaim the physical exhibits on or before October 8, 2021. Any physical exhibits remaining in the Court's possession after October 15, 2021 will be destroyed.

DATED this 1st day of October, 2021.

Donald W. Molloy, District Judge
United States District Court