IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTIC RICHFIELD COMPANY, <br><br> Defendant. | CV 18-131-M-DWM <br><br> AMENDED JUDGMENT |

IT IS ORDERED AND ADJUDGED that judgment is amended and entered consistent with the Court's Order (Doc. 167) amending Paragraph 423 of the August 25, 2021 Finding of Fact and Conclusions of Law (Doc. 148), and Order (Doc. 150) dated September 27, 2021.

Dated this 23rd day of November, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk